FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 21 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AZIZA KODIROVA, on behalf of herself and all other similarly situated consumers,

    Plaintiffs,

-against-

CREDIT CONTROL LLC

    Defendant.

Case No. 1:18-cv-00754-LDH-ST

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear their own attorneys' fees and costs.

Dated:  Brooklyn, New York
        September 19, 2018

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West
Brooklyn, New York 11201
Tel: (929) 575-4175
Dan@dccohen.com
*Attorney for Plaintiff*

By: /s/ Thomas R. Dominczyk
Thomas R. Dominczyk, Esq
Maurice Wutscher LLP
5 Walter Foran Blvd. Suite 2007
Flemington, NJ 08822
Tel: (908) 237-4544
TDominczyk@mauricewutscher
*Attorney for Defendant*

September 21, 2018

So Ordered

/s/ LDH

LaShann DeArcy Hall
United States District Judge